UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND PENSION PLAN | Case No.: 11-01471 (VB) |
| RAFAEL ALCANTARA, et al.,<br><br>               Plaintiffs,<br><br>               v.<br><br>BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND PENSION PLAN, et al.<br><br>               Defendants. | Case No.: 11-01471 (VB) |
| GARRETT SCHOL, et al.,<br><br>               Plaintiffs,<br><br>               v.<br><br>BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND PENSION PLAN, et al.<br><br>               Defendants. | Case No.: 11-04080 (VB) |
| PHILLIP G. SCOTT, et al.,<br><br>               Plaintiffs,<br><br>               v.<br><br>BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND, et al.,<br><br>               Defendants. | Case No.: 12-00142 (VB) |

**NOTICE OF ALCANTARA, SCHOL AND SCOTT PLAINTIFFS'
MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS**

1

PLEASE TAKE NOTICE that Plaintiffs in the above-captioned actions will move this Court, before the Honorable Vincent L. Briccetti, United States District Judge, at the United States District Court for the Southern District of New York, located at the Hon. Charles L. Brieant Jr. Federal Building and Courthouse at 300 Quarropas Street, White Plains, New York 10601, on December 1, 2014, for an Order awarding counsel for the Plaintiffs attorney's fees in the amount of $4,157,511, reimbursement of costs expenses in the amount of $63,887, both of which were incurred in connection with the prosecution and successful resolution of this action, and also awarding such additional fees, costs, and expenses as may be incurred in the litigation of the instant application.

In support of this motion, Plaintiffs will rely upon (a) the accompanying memorandum of law; (b) the record and all prior proceedings herein; (c) the Declaration of Lynn L. Sarko and Exhibits A-E thereto, and the supporting Declarations of Jeffrey Lewis and R. Joseph Barton; (d) the Declaration of William D. Frumkin and Exhibits A & B thereto, and the supporting Declaration of Scott Riemer; (e) the Declaration of Diogenes P. Kekatos and Exhibits A & B thereto, and the supporting Declaration of Fred Taylor Isquith and Exhibit A thereto; (f) the Declaration of Thomas O'Neal Sinclair and Attachment thereto, and the supporting Declaration of Scott M. Riemer; and (g) the Declaration of W. Daniel "Dee" Miles, III and Exhibit thereto, and the supporting Declaration of Eric F. Gladbach.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Individual Practices of Judge Vincent l. Briccetti, the instant motion will be on submission and oral argument will not be heard, unless so directed by the Court.

PLEASE TAKE FURTHER NOTICE that, pursuant to the revised schedule approved by the Court on September 4, 2014, Defendants' papers in opposition to the instant motion are due on October 31, 2014.

DATED: Seattle, Washington
September 22, 2014

| | |
|---|---|
| Christopher A. Seeger<br>cseeger@seegerweiss.com<br>Diogenes P. Kekatos<br>dkekatos@seegerweiss.com<br>SEEGER WEISS, LLP<br>77 Water Street, 26th Floor<br>New York, NY  10005-4401<br>Telephone: 212-584-0700<br>*Attorneys for Schol Plaintiffs* | By: */s/ Lynn L. Sarko*<br>Lynn L. Sarko<br>lsarko@kellerrohrback.com<br>Derek W. Loeser<br>dloeser@@kellerrohrback.com<br>Erin M. Riley<br>eriley@kellerrohrback.com<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA  98101-3052<br>Telephone: 206-623-1900<br>*Attorneys for Alcantara Plaintiffs* |
| William D. Frumkin<br>wfrumkin@frumkinhunter.com<br>Elizabeth E. Hunter<br>ehunter@frumkinhunter.com<br>FRUMKIN & HUNTER LLP<br>1024 Westchester Avenue, Suite 309<br>White Plains, New York 10604<br>Telephone: 914-468-6096<br>*Attorneys for Alcantara Plaintiffs* | David S. Preminger<br>dpreminger@kellerrohrback.com<br>KELLER ROHRBACK L.L.P.<br>1140 Avenue of The Americas, 9th Floor<br>New York, NY, 10036<br>Telephone: 646-380-6690<br>*Attorneys for Alcantara Plaintiffs* |
| Thomas O. Sinclair<br>tos@sinclairwilliams.com<br>SINCLAIR WILLIAMS, LLC<br>2100-A Southbridge Parkway, Suite 336<br>Birmingham, AL 35209<br>Telephone:  205-868-0818<br>*Attorneys for Scott Plaintiffs* | W. Daniel Miles, III<br>dee.miles@beasleyallen.com<br>BEASLEY ALLEN CROW METHVIN PORTIS & MILES PC<br>P O Box 4160<br>Montgomery, AL 36103-4160<br>Telephone:  334-269-2343<br>*Attorneys for Scott Plaintiffs* |